UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ST. ANNES DEVELOPMENT CO., LLC, et al.,

                Plaintiffs/Judgment Creditors,    **AMENDED ORDER**
                                                                                 MC 10-777 (ADS)(ARL)

    -against-


NEIL TRABICH, et al.,

                Defendants/Judgment Debtors.
----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the court are plaintiffs/judgement creditors' ("plaintiffs") letter applications dated February 3 and 4, 2011, seeking to compel *pro se* defendants/judgment debtors' ("defendants") to provide more complete responses to their First Set of Post-Judgment Document Requests ("Documents") and First Set of Post-Judgment Interrogatory Requests ("Interrogatories") in this post-judgment proceeding. Defendants oppose the application by letter responses dated February 7 and 8, 2011, stating principally that the demands seek financial information beginning in January 1, 2006 and that they object to the production of anything other than current documents. Also before the court are defendants' letter applications dated February 11 and 14, 2011, moving to quash subpoenas plaintiffs issued to eight attorneys who represented defendants in matters dating back to 2006 and for tax returns dating back to the same. Defendants object to the subpoenas based on the overbroad time frame referenced in the subpoenas.

       Plaintiffs' motions are granted and defendants' motion is denied. Because the fraud underlying the Judgment occurred in March 2006, *see Memorandum and Order*, dated August 23, 2010, at 7-8, defendants' financial information dating back to January 2006 is relevant. Accordingly, defendants are directed to respond to Documents Nos. 2-8, 10, 11, 14-18, 20-22, 24-25 and Interrogatories Nos. 2,3,5-8, 10, 15-19, 21-25 on or before April 8, 2011.


Dated:  Central Islip, New York               **SO ORDERED:**
        March 11, 2011


                                                                _____/s_____
                                                                ARLENE ROSARIO LINDSAY
                                                                United States Magistrate Judge